**Order entered July 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00716-CV

**JOSE SYLVESTERE LOPEZ, Appellant**

**V.**

**CLAUDIA LOPEZ, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-05531-S**

## ORDER

Before the Court is appellant's July 15, 2013 Motion for Rehearing. We treat appellant's motion as a motion for an extension of time to file a brief. We **GRANT** appellant's motion. Appellant shall file his brief on or before August 16, 2013.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE